UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ALEXANDER PECSI, IV,

        Plaintiff,

v.

        Case No. 1:14-CV-220

        HON. GORDON J. QUIST

IVERY C. CROSS III,

        Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

The court has reviewed United States Magistrate Judge Ellen S. Carmody's June 2, 2016 Report and Recommendation recommending that the Court enter a default judgment against Defendant Ivery C. Cross in the total amount of $2,613,672, consisting of $1,742,448 in compensatory damages and $871,224 in punitive damages. No objections have been filed pursuant to 28 U.S.C. § 636(b).

Therefore,

**IT IS HEREBY ORDERED** that the June 2, 2016 Report and Recommendation (ECF No. 144) is adopted as the Opinion of the Court. A default judgment against Defendant Cross will enter in the recommended amount.

**IT IS FURTHER ORDERED** that Plaintiff shall have **fourteen (14) days** from the date of this Order to file a motion for attorney's fees and costs. Such request shall be supported by an affidavit of counsel and a separate statement describing the work performed and hours spent on a particular task by counsel. Fees shall be limited to work performed only on the claims against Defendant Cross and shall exclude time that was spent on matters relating to the other Defendants.

Dated: June 21, 2016                                /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE